# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION



| | |
|---|---|
| PATRICK BRINSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV405-51<br>) |
| PRISON HEALTH SERVICES;<br>CHATHAM COUNTY SHERIFF'S<br>DEPARTMENT; McARTHUR<br>HOLMES; JOHNNIE WELCHER;<br>SUSAN REINHIMER; and IEASHA<br>SCOTT, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7 day of June, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA